

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK
255 EAST TEMPLE STREET, ROOM 180
LOS ANGELES, CALIFORNIA 90012

OFFICIAL BUSINESS

NEOPOST
11/06/2024
US POSTAGE $001.

RTS

RECEIVED
CLERK, U.S. DISTRICT COURT
NOV 1 8 2024
CENTRAL DISTRICT OF CALIFORNIA

2:10-cr-1119-SJO

FILED
CLERK, U.S. DISTRICT COURT
NOV 1 8 2024
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

NIXIE   910   4E   1

RETURN TO SENDER
NO MAIL RECEPTACLE
UNABLE TO FORWARD

BC:   9001233299   2347N3119190-001   7211/14

Case: 2:10cr1119  Doc: 1876

Antonio Donta Horsley REGNO59773-112
RRM LONG BEACH
1299 Seaside Avenue
SAN PEDRO, CA 90731

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**

The following transaction was entered on 11/6/2024 at 9:39 AM PST and filed on 11/5/2024

| | |
|---|---|
| Case Name: | USA v. Thomas et al |
| Case Number: | 2:10-cr-01119-SJO |
| Filer: | |
| Document Number: | 1876 |

**Docket Text:**

**ORDER ORDER GRANTING EX PARTE APPLICATION FOR TERMINATION OF SUPERVISED RELEASE [1875] as to Antwoine Dwayne Redd (17) by Judge Dolly M. Gee: The Court GRANTS the application. IT IS HEREBY ORDERED that Redds term of supervised release is terminated, effectively immediately. IT IS SO ORDERED. (shb)**

**2:10-cr-01119-SJO-17 Notice has been electronically mailed to:**

Jenna Wrae Long    usacac.criminal@usdoj.gov, caseview.ecf@usdoj.gov, jenna.long@usdoj.gov

Marcia J Brewer    marciabrewer3@sbcglobal.net

Elizabeth R Yang    elizabeth.yang2@usdoj.gov, caseview.ecf@usdoj.gov

Antonio F Yoon    antonioyoon@att.net

David R. Evans    drevanslaw@gmail.com

Paul C Horgan    pchorgan@gmail.com

Dominic Cantalupo    dcantalupo@att.net

David J. Kaloyanides    djpk@rt2counsel.com

John D. Robertson    jdrlaw@hotmail.com

Drew Havens    drew_havens@fd.org

David Matthew Philips    davidphilips1944@gmail.com

Angel Navarro    angeljnavarro1964@gmail.com

Randolph S Collins    rcollins@cmcdefense.com

John Neil McNicholas    john@mcnicholaslawoffice.com

Matthew J. Lombard    mlombard@lombardlaw.net, elizabeth@lombardlaw.net

Stanley I Greenberg    stanmanlaw@aol.com

Kevin M. Lally    klally@buchalter.com

Kevin Robert Riva    krrlawoffices@yahoo.com

Stephen R. Kahn    srklaw7@sbcglobal.net, srklaw7@aol.com, claudiasrklaw@gmail.com

Shawn J. Nelson    caseview.ecf@usdoj.gov, usacac.criminal@usdoj.gov, shawn.nelson@usdoj.gov